UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS P. ELLIOT,<br><br>                      Petitioner,<br>vs.<br>ROBERT J. HERNANDEZ, Warden,<br><br>                      Respondent. | Civil No.   07cv0535-L (JMA)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has submitted a document which has been docketed as a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but wherein Petitioner merely states that he is in the process of preparing a federal habeas petition and requests an extension of time in which to file his petition.

## **FAILURE TO FILE PETITION**

Petitioner has not filed a Petition for writ of habeas corpus in this action. Therefore, unless Petitioner is a capital prisoner, he has not initiated habeas proceedings in this Court. <u>Calderon (Nicolaus) v. United States District Court</u>, 98 F.3d 1102, 1107 n. 3 (9th Cir. 1996) ("Unlike non-capital prisoner who initiate habeas proceedings by filing a petition for a writ of habeas corpus, capital prisoners commence federal habeas proceedings by filing a request for appointment of counsel."); <u>McFarland v. Scott</u>, 512 U.S. 849 (1994).

/ / /

1   Petitioner does not contend that he is a capital prisoner, that is, a prisoner under sentence
2 of death, and there is nothing in the documents he has submitted which indicates that he is a
3 capital prisoner.  If Petitioner wishes to proceed with a habeas action in this Court he must (as
4 is the case with all non-capital prisoners) file a petition for writ of habeas corpus, which will be
5 given a separate civil case number.  However, if Petitioner is in fact a capital prisoner, he may
6 request the Court to re-open this action in order to permit him to file a Petition under the civil
7 case number assigned to this action.
8   The Court notes that Petitioner filed a habeas petition several days after filing the instant
9 request.  That petition was transferred from this Court to the Central District of California on
10 March 27, 2007.  (See Docket No. 3 in So. Dist. CA Civil Case No. 07cv0550.)  The dismissal
11 of this action is without prejudice to Petitioner to seek the requested relief in the Central District.

## CONCLUSION AND ORDER

13   This action is **DISMISSED** without prejudice because Petitioner has not filed a Petition and has
14 therefore failed to initiate federal habeas proceedings in this action.  If Petitioner is a capital prisoner
15 he may request to have this case reopened.
16   **IT IS SO ORDERED.**

18 DATED:  March 29, 2007

_____
M. James Lorenz
United States District Court Judge

CC:        ALL PARTIES